IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JENGGI KALUOM, Individually, and on behalf of those similarly situated, § § § Plaintiff, § § v. § STOLT OFFSHORE., et al., § § Defendants. § | § § § § § § CIVIL ACTION NO. G-04-609 § § § § |

JENGGI KALUOM, Individually, and on behalf of those similarly situated,

    Plaintiff,

v.

STOLT OFFSHORE., et al.,

    Defendants.

CIVIL ACTION NO. G-04-609

## ORDER DIRECTING PLAINTIFFS TO RESPOND TO DEFENDANT STOLT OFFSHORE, INC.'S MOTION FOR SUMMARY JUDGMENT

On November 10, 2005, the Court held a Hearing in this case. At that time, the Court indicated that it would deny Defendant's Motion for Summary Judgment. This was in error. With apologies to Counsel, at that time the Court was considering a similar motion in an unrelated case, and was mistaken as to the disposition of Defendant Stolt Offshore, Inc.'s Motion for Summary Judgment. No disposition or ruling has been reached on that Motion. Therefore, Plaintiffs are hereby **ORDERED** to respond to Defendant Stolt Offshore, Inc.'s Motion for Summary Judgment within 20 days from the date of this Order.

**IT IS SO ORDERED.**

**DONE** this 15th day of November, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge