IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JENGGI KALUOM, Individually, and on behalf of those similarly situated, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. G-04-609 |
| § | |
| STOLT OFFSHORE, INC., et al., § § § | |
| Defendants. § | |

## FINAL JUDGMENT

As set forth in the Court's Order entered this date, Stolt Offshore Inc.'s Motion for Summary Judgment is hereby **GRANTED**. Any and all of Plaintiff's claims asserted against Defendant Stolt Offshore, Inc. in this action are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. Each Party is to bear its own taxable costs, expenses, and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 6th day of February, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge